# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1196

Larry Rice

Appellant

Michael Husmann and DF Ingredients, Inc.

v.

Interfood, Inc., et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-02248-RWS)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

May 13, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans